UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN ROMAN, DARIEL ALMONTE, JOSHUA BAILEY, and JOSE SANDOVAL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WHEELS ON THE BUS INCORPORATED, JAMES COHN, and ALVIN CHAMORRO<br><br>Defendants. | Case No.: 1:21-cv-6377<br><br>**<u>NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT AND APPROVAL OF THE FLSA SETTLEMENT</u>** |

**PLEASE TAKE NOTICE** that for the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement and Approval of FLSA Settlement ("Motion for Final Approval"), and in the Declaration of Rachel M. Haskell in Support of Plaintiff's Motion for Final Approval, and the supporting exhibits attached thereto, the undersigned respectfully move this Court, before the Honorable Sanket J. Bulsara, United States Magistrate Judge, in the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an order:

(1) granting final approval of the settlement reached by the parties in this action as embodied in their Amended Settlement Agreement (the "Settlement" or the "Settlement Agreement") submitted herewith;

(2) certifying the following settlement class under Federal Rule of Civil Procedure 23 in connection with the settlement process:

1

    (a)    are all persons employed as delivery drivers by Defendants at any time between June 30, 2019 and June 30, 2023; and

(3) certifying the following settlement collective under the Fair Labor Standards Act, 29 U.S.C. § 216(b) in connection with the settlement process:

    (a)    are all persons employed as delivery drivers during the same period as 2(a) above, as well as all plaintiffs who have already opted into this case (the "Current Opt-Ins").

Please find the Plaintiffs' **[Proposed] Order Granting Final Approval and awarding Attorneys' Fees and Costs, attached hereto as Exhibit A**.

Dated: November 12, 2024
       New York, New York

Respectfully submitted,

By: \_\_\_\_\_/s/_____

Rachel M. Haskell (RH-8248)
**Working Solutions Law Firm**
80 Broad Street, Suite 703
New York, New York 10004
Telephone: (646) 430-7930

*Attorneys for Plaintiffs and the Class and Collective*