UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JUAN ROMAN, DARIEL ALMONTE,
JOSHUA BAILEY, and JOSE SANDOVAL,
individually and on behalf of all others similarly
situated,

                    Plaintiffs,                    JUDGMENT
v.                                                   21-cv-6377-SJB

WHEELS ON THE BUS INCORPORATED,
JAMES COHEN, and ALVIN CHAMORRO,

                     Defendants.
----------------------------------------------------------------X

       An Order of the Honorable Sanket J. Bulsara, United States Magistrate Judge, having been filed on December 17, 2024, granting the motions and finding that: 1. The FLSA settlement satisfies the requirements of Cheeks and its progeny; and 2. The NYLL class action settlement is fair, reasonable, and adequate, and satisfies the requirements of Rule 23(e); and 3. Plaintiffs' counsel is entitled to an award of $385,000; and 4. Plaintiffs' counsel is entitled to an amount not to exceed $40,000 for costs and expenses, including but not limited to the claims administration fees; and 5. Juan Roman is entitled to a service payment of $15,000; Joshua Bailey is entitled to a service payment of $5,000; Dariel Almonte is entitled to a service payment of $2,500; and Jose Sandoval is entitled to a service payment of $2,500; it is

       ORDERED and ADJUDGED that the motions are granted and that the Court finds: 1. The FLSA settlement satisfies the requirements of Cheeks and its progeny; and 2. The NYLL class action settlement is fair, reasonable, and adequate, and satisfies the requirements of Rule 23(e); and 3. Plaintiffs' counsel is entitled to an award of $385,000; and 4. Plaintiffs' counsel is entitled to an amount not to exceed $40,000 for costs and expenses, including but not limited to the claims administration fees; and 5. Juan Roman is entitled to a service payment of $15,000;

Joshua Bailey is entitled to a service payment of $5,000; Dariel Almonte is entitled to a service payment of $2,500; and that Jose Sandoval is entitled to a service payment of $2,500.

| | |
|---|---|
| Dated:  Brooklyn, New York<br>        December 19, 2024 | Brenna B. Mahoney<br>Clerk of Court<br><br>By:    */s/Jalitza Poveda*<br>         Deputy Clerk |